IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF LISA SMITH, AS DESCRIBED MORE PARTICULARLY IN ATTACHMENT A. | Case No. 3:23-mj-221<br><br>**Filed Under Seal** |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion To Seal Search Warrant Application, Affidavit, Attachments, Warrant, And Other Documents" (Doc. No.___), to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

**SO ORDERED.**

Signed: July 13, 2023

Susan C. Rodriguez
United States Magistrate Judge